```
                                                FILED IN THE
                                         UNITED STATES DISTRICT COURT
                                              DISTRICT OF HAWAII
                                           Dec 22, 2022, 1:37 pm
                                          John A. Mannle, Clerk of Court
```

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| MICHAEL A. REHFELDT | JUDGMENT IN A CIVIL CASE |
| Plaintiff, | Case: CV 20-00181 KJM |
| V. | |
| U.S. DEPARTMENT OF HOMELAND SECURITY; ALEJANDRO MAYORKAS, SECRETARY OF HOMELAND SECURITY | |
| Defendants. | |

[ ]  **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[✓]  **Decision by Court**.  This action came for hearing before the Court.  The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendants U.S. Department of Homeland Security and Alejandro Mayorkas, Secretary of Homeland Security, pursuant to the "Order Granting Defendant U.S. Department of Homeland Security, Alejandro Mayorkas, Secretary of Homeland Security's Motion for Summary Judgment", ECF No. 97, filed on December 22, 2022.

| December 22, 2022 | JOHN A. MANNLE |
|---|---|
| Date | Clerk |
| | /s/ JOHN A. MANNLE by EA |
| | (By) Deputy Clerk |